# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID TERWILLIGER,<br>    Petitioner,<br><br>    v.<br><br>ROLLIN COOK, et al.,<br>    Respondents. | No. 3:20-cv-540 (SRU) |

## ORDER TO SHOW CAUSE

Upon the petition of David Terwilliger it is hereby

**ORDERED** that respondents file a response on or before May 1, 2020 showing why the relief prayed for in the petition for writ of habeas corpus should not be granted, and it is

**ORDERED** that the Clerk serve this petition by delivering a copy of this order and a copy of the petition and all attachments to respondents' representative, Jo Anne Sulik, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, on or before April 24, 2020.

So ordered.

Dated at Bridgeport, Connecticut, this 22nd day of April 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge