# DECLARATION OF DAVID TERWILLIGER

I, **David Terwilliger**, upon my personal knowledge, and in accordance with 28 U.S.C. § 1746, declare as follows:

1. My name is David Terwilliger, and I am 80 years old. I was born on July 22, 1939, in Jersey City, New Jersey. I am currently incarcerated at Osborn Correctional Facility in Unit D. My inmate number is 307495.

2. I was convicted and sentenced for manslaughter in 2011 for an incident that occurred in 2003. I am now nearing the end of my sentence, and I am currently scheduled for release in September 2021.

3. I received notice on or around April 7 that I have been approved for community release. My counselor said that release is "pending placement" and that a date for my release had not been set. I do not know when I will be released.

4. I have heard that multiple men in the prison have gotten sick with COVID-19.

5. I live with a cell mate and we are around each other most of the time.

6. I ask the court to release me and let me live with my daughter in Georgia. I would follow all instructions given to me by the government or court, and stay in the house with my family.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Executed this 21 day in April 2020 in Somers, Connecticut.

_David Terwilliger_